1  PHILLIP A. TALBERT
   United States Attorney
2  ADRIAN T. KINSELLA
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7

**FILED**
Apr 03, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,                CASE NO. 2:23-MJ-0050-KJN

12                 Plaintiff,                ORDER TO FILE REDACTED COPY OF
                                             COMPLAINT
        v.
13

14 JAGNINDER SINGH BOPARAI, *et al.*,

15                 Defendants.

16

17     The government's motion to unseal the above-referenced case, keep the complaint affidavit and

18 certain references regarding victims and uncharged individuals sealed, file a redacted copy of the sealed

19 complaint affidavit, and to provide the sealed complaint affidavit in discovery is GRANTED.

20     Dated: April 3, 2023

21

22                                              _____
                                                KENDALL J. NEWMAN
23                                              UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

ORDER TO FILE REDACTED COPY OF COMPLAINT